B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**B. P. Greer Recycling, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-2554385** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**219 Watlington Industrial Drive**<br>**Reidsville, NC**<br>ZIP Code **27320** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Rockingham** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | B. P. Greer Recycling, Inc. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: Brian Powell Greer | Case Number: 15-11118 | Date Filed: 10/13/15 |
| --- | --- | --- |
| District: Middle District of North Carolina | Relationship: President | Judge: Catherine Aron |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)          (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **B. P. Greer Recycling, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Charles M. Ivey III**
Signature of Attorney for Debtor(s)

**Charles M. Ivey III 8333**
Printed Name of Attorney for Debtor(s)

**Ivey, McClellan, Gatton & Siegmund**
Firm Name

**100 S. Elm St, Ste. 500
Greensboro, NC 27401**

Address

**336-274-4658  Fax: 336-274-4540**
Telephone Number

**October 30, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas McGoldrick**
Signature of Authorized Individual

**Thomas McGoldrick**
Printed Name of Authorized Individual

**Receiver**
Title of Authorized Individual

**October 30, 2015**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **B. P. Greer Recycling, Inc.**  
                Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Estate of Steve Greer**<br>**PO Box 1380**<br>**Reidsville, NC 27320** | **Estate of Steve Greer**<br>**PO Box 1380**<br>**Reidsville, NC 27320** | **Loan** | | **1,010,855.53** |
| **Wendt Corporation**<br>**2555 Walden Avenue**<br>**Buffalo, NY 14225** | **Wendt Corporation**<br>**2555 Walden Avenue**<br>**Buffalo, NY 14225** | **Services** | | **47,076.16** |
| **United Rentals**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** | **United Rentals**<br>**PO Box 100711**<br>**Atlanta, GA 30384-0711** | **Services** | | **45,640.84** |
| **Rockingham County Tax Department**<br>**371 NC Hwy 65, Ste 107**<br>**Wentworth, NC 27375** | **Rockingham County Tax Department**<br>**371 NC Hwy 65, Ste 107**<br>**Wentworth, NC 27375** | **Real/personal property tax** | | **43,739.40** |
| **AW NC**<br>**1187 Telecom Drive**<br>**Creedmoor, NC 27522** | **AW NC**<br>**1187 Telecom Drive**<br>**Creedmoor, NC 27522** | **Material Purchase** | | **29,417.90** |
| **PDP, LLC**<br>**2704 E. 36th Street**<br>**Chattanooga, TN 37407** | **PDP, LLC**<br>**2704 E. 36th Street**<br>**Chattanooga, TN 37407** | **Services** | | **27,528.72** |
| **BB&T**<br>**Service Center**<br>**PO Box 698**<br>**Wilson, NC 27894-0698** | **BB&T**<br>**Service Center**<br>**PO Box 698**<br>**Wilson, NC 27894-0698** | **Credit Card** | | **23,636.91** |
| **Sparks and Sons Service Stations**<br>**412 North Scales Street**<br>**Reidsville, NC 27320** | **Sparks and Sons Service Stations**<br>**412 North Scales Street**<br>**Reidsville, NC 27320** | **Services** | | **23,420.02** |
| **Schrader International**<br>**205 Frazier Road**<br>**Altavista, VA 24517** | **Schrader International**<br>**205 Frazier Road**<br>**Altavista, VA 24517** | **Material Purchase** | | **20,579.00** |
| **Green Smith & Trent Partnership**<br>**PO Box 248**<br>**Reidsville, NC 27323** | **Green Smith & Trent Partnership**<br>**PO Box 248**<br>**Reidsville, NC 27323** | **Property tax on 207 Watlington Industrial Drive** | | **10,404.26** |

B4 (Official Form 4) (12/07) - Cont.

In re  **B. P. Greer Recycling, Inc.**                                              Case No.
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Berkshire Hathaway Homestate Companies<br>PO Box 844501<br>Los Angeles, CA 90084-4501 | Berkshire Hathaway Homestate Companies<br>PO Box 844501<br>Los Angeles, CA 90084-4501 | Worker Comp for period 3/1/15 through 4/7/15 | | 9,311.00 |
| Tri-Lift NC, Inc.<br>2905 Manufactures Road<br>Greensboro, NC 27406 | Tri-Lift NC, Inc.<br>2905 Manufactures Road<br>Greensboro, NC 27406 | Services | | 8,743.88 |
| Fastenal Company<br>PO Box 978<br>Winona, MN 55987-0978 | Fastenal Company<br>PO Box 978<br>Winona, MN 55987-0978 | Vending Machine | | 8,288.37 |
| Carolina Panthers<br>800 South Mint Streeet<br>Charlotte, NC 28202-1502 | Carolina Panthers<br>800 South Mint Streeet<br>Charlotte, NC 28202-1502 | remainder due on 4 seat licenses | | 8,208.63 |
| Carolina Tractor & Equipment<br>PO Box 75054<br>Charlotte, NC 28275-0054 | Carolina Tractor & Equipment<br>PO Box 75054<br>Charlotte, NC 28275-0054 | Services | | 6,393.27 |
| NAPA of Roxboro, NC<br>PO Box 1359<br>Roxboro, NC 27573 | NAPA of Roxboro, NC<br>PO Box 1359<br>Roxboro, NC 27573 | Services | | 6,251.86 |
| Hertz Equipment Rental<br>PO Box 650280<br>Dallas, TX 75265-0280 | Hertz Equipment Rental<br>PO Box 650280<br>Dallas, TX 75265-0280 | Services | | 6,022.94 |
| Dixon Hughes Goodman, LLP<br>PO Box 602828<br>Charlotte, NC 28260-2828 | Dixon Hughes Goodman, LLP<br>PO Box 602828<br>Charlotte, NC 28260-2828 | Services | | 5,282.02 |
| Greensboro Baseball, LLC<br>408 Bellemeade Street<br>Greensboro, NC 27401 | Greensboro Baseball, LLC<br>408 Bellemeade Street<br>Greensboro, NC 27401 | Contracted purchase of baseball tickets | | 5,220.00 |
| Roberts Oxygen Company, Inc.<br>PO Box 5507<br>Derwood, MD 20855 | Roberts Oxygen Company, Inc.<br>PO Box 5507<br>Derwood, MD 20855 | Services | | 4,938.31 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Receiver of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 30, 2015**                              Signature  **/s/ Thomas McGoldrick**
                                                                                  **Thomas McGoldrick**
                                                                                  **Receiver**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                            18 U.S.C. §§ 152 and 3571.

A3 IT Solutions
PO Box 19843
Greensboro, NC 27419


Absolute Recycling Contractors
PO Box 77077
Greensboro, NC 27417


Aggregates Equipment, Inc.
PO Box 93
Leola, PA 17540-0039


Alter Trading Corporation
4903 Solution Center
Chicago, IL 60677-4009


American Metal Market
PO Box 15127
North Hollywood, CA 91615


Annie Penn Hospital Foundation
618 South Main Street
Reidsville, NC 27320


Auto-Owners Insurance
PO Box 30315
Lansing, MI 48909


AW NC
1187 Telecom Drive
Creedmoor, NC 27522


BB&T
Service Center
PO Box 698
Wilson, NC 27894-0698


BDI  Properties
2410 Mayflower Drive
Lynchburg, VA 24501


BDI Properties
2410 Mayflower Drive
Lynchburg, VA 24501

Berkshire Hathaway Homestate Companies
PO Box 844501
Los Angeles, CA 90084-4501


Big Apple Farm Supply
407 SW Market Street
Reidsville, NC 27320


Bruce Schafer
5115 E. Lafayette Blvd.
Phoenix, AZ 85018


Car-Part.com
PO Box 367
Florence, KY 41022-0367


Carolina Bank
PO Box 10209
Greensboro, NC 27404


Carolina Financial Securities
a/k/a GR Funding
PO Box 1076
Brevard, NC 28712


Carolina Panthers
800 South Mint Streeet
Charlotte, NC 28202-1502


Carolina Tractor & Equipment
PO Box 75054
Charlotte, NC 28275-0054


CAT Financial
PO Box 13834
Newark, NJ 07188-0834


CAT Financial Services Corp
PO Box 13834
Newark, NJ 07188-0834


CCS Equipment Sales, LLC
5428 Highway 96
Youngsville, NC 27596

CIGNA Healthcare of N.C.
Vicky Schrader
620 Green Valley Road
Suite 304
Greensboro, NC 27408


Cintas Corporation
PO Box 630803
Cincinnati, OH 45263-0803


City of Lynchburg
The City of Lynchburg Billings
PO Box 9000
Lynchburg, VA 24505-9000


City of Reidsville
Code Enforcement
230 West Morehead Street
Reidsville, NC 27320


CN Acquistions, Inc.
725 S Scales Street
Reidsville, NC 27320


Colonial Life
Premium Processing
PO Box 903
Columbia, SC 29202-0903


Commercial Credit Group, Inc.
PO Box 60121
Charlotte, NC 28260-0121


County Waste
PO Box 8010
Clifton Park, NY 12065


Craig Thomas
46 Rockmount Road
Belmont, MA 02478


DE Lage Landen Fiancial Services
PO Box 41602
Philadelphia, PA 19101-1602

```
De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602


Dex Media
PO Box 9001401
Louisville, KY 40290-1401


Dixon Hughes Goodman, LLP
PO Box 602828
Charlotte, NC 28260-2828


Douglas Cruikshank
376 New Rochelle Road
Bronxville, NY 10708


Duke Energy
PO Box 1090
Charlotte, NC 28201-1090


Employment Security Commission
PO Box 26504
Raleigh, NC 27611


Ernest Wheeley
PO Box 161
Haw River, NC 27258


Estate of Steve Greer
PO Box 1380
Reidsville, NC 27320


Fastenal Company
PO Box 978
Winona, MN 55987-0978


Gerald Schafer, Esq.
Trustee for Brian Greer
220 Commerce Place
Greensboro, NC 27401


Glenn Schafrer
21 Redbird
Irvine, CA 92603
```

```
Green Smith & Trent Partnership
PO Box 248
Reidsville, NC 27323


Greensboro Baseball, LLC
408 Bellemeade Street
Greensboro, NC 27401


Handy John Handy Rentals
PO Box 2125
Martinsville, VA 24113-2125


Hertz Equipment Rental
PO Box 650280
Dallas, TX 75265-0280


Hunter Jersey Peterbilt
454 North Broadway
Pennsville, NJ 08070


Hunter Jersey Peterbilt
454 North Braodway
Pennsville, NJ 08070


ICW Group
Premium Accounting
PO Box 85563
San Diego, CA 92186-5563


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


James Kjorlien
540 West Road
New Canaan, CT 06840


James W. Sprouse, Jr.
Sprouse Law Firm, PLLC
3109 Poplarwood Court, Ste. 115
Raleigh, NC 27604
```

Jeffrey Blum
2 Windmill Court
Armonk, NY 10504


Jenkins Company
5949 Summit Avenue
Browns Summit, NC 27214


John Wayne Bolton
1597 Kennedy Road
Thomasville, NC 27360


Jubilee Minerals, LLC
16710 Telge Road
Cypress, TX 77429


L. W. Stone Electric Co
1005 Uhles Street
Reidsville, NC 27320


Laurel Park Tire & Auto Parts, LLC
5961 A. L. Philpott Hwy
Martinsville, VA 24112


Lava Enterprises, Inc.
PO Box 2159
Danville, VA 24541


Leaf Capital Funding, LLC
2005 Market Street 14th Floor
Philadelphia, PA 19103


Leaf Captial Funding, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Metal Exchange Corp
PO Box 7446M
Saint Louis, MO 63195


Mid-Atlantic Waste Systems
PO Box 417882
Boston, MA 02241-7882

```
NAPA of Roxboro, NC
PO Box 1359
Roxboro, NC 27573


North Carolina Department of
Environmental Quality
Attn: John Patrone
PO Box 5123
High Point, NC 27262


North Carolina Dept. of Commerce
Division of Employment Security
Post Office Box 26504
Raleigh, NC 27611-6504


North Carolina Dept. of Labor
1101 Mail Service Center
Raleigh, NC 27699-1101


North Carolina Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


O'Reilly Auto Parts
PO Box 9464
Springfield, MO 65801-9464


PDP, LLC
2704 E. 36th Street
Chattanooga, TN 37407


Perimeter Security Systems, LLC
1061 Red Ventures Drive
Suite 145
Fort Mill, SC 29707


Perimeter Security Systems, LLC
1000 Upper Asbury Avenue
Charlotte, NC 28206


Philip Vineyard
100 South Ocean Blvd.
Lake Worth, FL 33462
```

Phillip E. Bolton, Esq.
Attorney for Brian Greer
622-C Guilford College Road
Greensboro, NC 27409


Pirtek Piedmont  Triad
104 Meadowood Street #F
Greensboro, NC 27409


Powerscreen Mid-Atlantic, Inc.
715 Indeneer Drive
Kernersville, NC 27284


Prime Rate Premium Finance Corp, Inc.
2141 Enterprise Drive
PO Box 100507
Florence, SC 29502-0507


Quintium Private Opportunities Fund, LP
9202 S. Northshore Drive, Ste. 301
Knoxville, TN 37922


Red-D-Arc, Inc.
5324 North Graham Street
Charlotte, NC 28269


Reidsville Chamber of Commerce
PO Box 1020
Reidsville, NC 27323-1020


Reidsville Kiwanis Club
PO Box 2
Reidsville, NC 27323-0002


Reilance Standard Life Insurance Co.
PO Box 82510
Lincoln, NE 68501-2510


Roberts Oxygen Company, Inc.
PO Box 5507
Derwood, MD 20855


Rockingham County Tax Department
371 NC Hwy 65, Ste 107
Wentworth, NC 27375

Ryder Transporation Services
PO Box 402366
Atlanta, GA 30384-2366


Ryder Transportation Services
PO Box 402366
Atlanta, GA 30384-2366


Sarah C. Blount
Jordan Law Offices, PA
4509 Creedmoor Road, Suite 204
Raleigh, NC 27612


Schrader International
205 Frazier Road
Altavista, VA 24517


Securities and Exchange Commission
Atlanta Regional Office
Walter E. Jospin, Regional Director
950 East Paces Ferry, N.E., Suite 900
Atlanta, GA 30326-1382


Smith Moore Leatherwood
Attn: Neale Johnson, Esq.
300 N. Greene Street, Suite 1400
Greensboro, NC 27401


Southern States
341 US 29 Business
Reidsville, NC 27320


Sparks and Sons Service Stations
412 North Scales Street
Reidsville, NC 27320


Stanley Benefits
PO Box 29329
Greensboro, NC 27429-9329


Steven Helms
1111 W Drummond Place
Chicago, IL 60614

Texas Refinery Corporation
PO Box 711
Fort Worth, TX 76101-0711

The Hartford
PO Box 660916
Dallas, TX 75266-0916

The Resource
1292 South Strafford Road
Winston Salem, NC 27103

Third Avenue Special Situations Fund, LP
622 Third Avenue
New York, NY 10017

Thomas Armour
1726 N. Clybourn
Chicago, IL 60614

Thomas Williams
700 Walnut Street, Ste. 600
Cincinnati, OH 45202

Thomas Young
229 N. Church Street, Ste. 301
Charlotte, NC 28202

Thompson Trucking, Inc.
PO Box 969
Concord, VA 24538

Timothy Nerhood
Hendrick Bryant Nerhood Sanders & Otis
c/o GR Funding
723 Coliseum Drive, Suite 101
Winston Salem, NC 27106-5326

TranAct
7100 30th Avenue North Street
Saint Petersburg, FL 33710

Tri-Lift NC, Inc.
2905 Manufactures Road
Greensboro, NC 27406

```
Trinity Pension Group, LLC
4196 Mendenhall Oaks Parkway
Suite 120
High Point, NC 27265


TW Telecom
PO Box 172567
Denver, CO 80217-2567


Tyco Inegrated Security, LLC
PO Box 371967
Pittsburgh, PA 15250-7967


Tyco Integrated Security, LLC
PO Box
Pittsburgh, PA 15250-7967


United Rentals
PO Box 100711
Atlanta, GA 30384-0711


Unum Life Insurance Company of America
PO box 409548
Atlanta, GA 30384-9548


Verizon Wireless
PO Box 105378
Atlanta, GA 30348


Wells Fargo Financial
Bankruptcy Department
4137 121st Street
Urbandale, IA 50323


Wendt Corporation
2555 Walden Avenue
Buffalo, NY 14225


Workforce Carolina
PO Box 231
Mount Airy, NC 27030


YP
PO Box 5010
Carol Stream, IL 60197-5010
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **B. P. Greer Recycling, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **B. P. Greer Recycling, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 30, 2015**  
Date

**/s/ Charles M. Ivey III**  
**Charles M. Ivey III 8333**  
Signature of Attorney or Litigant  
Counsel for  **B. P. Greer Recycling, Inc.**  
**Ivey, McClellan, Gatton & Siegmund**  
**100 S. Elm St, Ste. 500**  
**Greensboro, NC 27401**  
**336-274-4658 Fax:336-274-4540**