B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Middle District of North Carolina

In re **B. P. Greer Recycling, Inc.**
_____,
                                        Debtor

Case No. _____**15-11192**_____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 411,957.00 | | |
| B - Personal Property | Yes | 5 | 2,551,377.95 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 10,087,651.38 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 44,482.43 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,360,900.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 2,963,334.95 | | |
| Total Liabilities | | | | 11,493,034.72 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of North Carolina

In re **B. P. Greer Recycling, Inc.** _____,
Debtor

Case No. ____**15-11192**____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **B. P. Greer Recycling, Inc.**                        ,       Case No.   **15-11192**

                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **219 Watlington Industrial Drive, Reidsville NC**<br>  **Tax Value $423,687** | | - | **411,957.00** | **9,300,000.00** |
| **Potential real estate fixtures located on real estate other than Watlington Industrial Drive (Still under investigation)** | | - | **Unknown** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **411,957.00** | (Total of this page) |
| Total > | **411,957.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re __B. P. Greer Recycling, Inc._____,    Case No. ___15-11192_____

_____Debtor_____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash-Petty | - | 511.95 |
| | | | Cash | - | 15,185.96 |
| | | | Petty Cash | - | 512.00 |
| | | | Gift Cards | - | 22.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BB&T/Checking (Parent) /#8744 | - | 99,320.36 |
| | | | BB&T (AP/PR) #6434 account is negative -52,139 | - | 0.00 |
| | | | BB&T (Inventory Acct) #5142 Account is negative -137,740 | - | 0.00 |
| | | | First Citizens (Dormant account) | - | 135.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        115,687.27
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **B. P. Greer Recycling, Inc.** _____,    Case No. ___**15-11192**___
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Auto-Owners Insurance-** **Auto/Casualty/Commercial/Umbrella** **#3243** | - | 0.00 |
| | | **Hartford** **Inland Marine #7215** | - | 0.00 |
| | | **Prime Rate Premium** **Property insurance #1182** | - | 0.00 |
| | | **ICW** **Workers Comp #9795-00** | - | 0.00 |
| | | **CIGNA** **group health insurance plan (employer pays 50% for employee coverage and 30% for dependent coverage)** | - | 0.00 |
| | | **Unum** **Life insurance (employer pays for $20,000 life policy, and long-term disability on every employee)** | - | 0.00 |
| | | **Colonial** **Voluntary life insurance (100% paid by employee no employer contribution)** | - | 0.00 |
| | | **Reliance Standard** **Dental (100% employee paid)** | - | 0.00 |
| | | **Stanley Benefits** **Flexible spending plans (no employer contribution)** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Trinity Pension Group** **401-K employee contribution limit 15%; employer match is 25% of employee contribution up to contribution limit** | - | 0.00 |

Sub-Total >         0.00
(Total of this page)

Sheet __**1**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.** ,   Case No.   **15-11192**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Debtor believes $526,627.30 is uncollectible. Total amount listed in books, with write off is $562,317.95** | - | 35,690.68 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >     **35,690.68**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **B. P. Greer Recycling, Inc.** ,                                    Case No.  **15-11192**
                                                                 Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **value is unknown** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 Honda CR-V with 153k miles in very good condition** **Value is 90% of NADA** | - | **10,350.00** |
| | | **2001 Dodge Ram 3500 odometer is broken in fair condition** **Value is 90% of NADA** | - | **4,275.00** |
| | | **2008 Chevrolet Silverado 3500 with 177k miles in very good condition** **Value is 90% of NADA** | - | **7,560.00** |
| | | **2007 Toyota Tundra with 239k miles in good condition** **Watlington Yard Truck/Value is 90% of NADA** | - | **11,835.00** |
| | | **1996 Freieghtliner Trailer with 632,416k miles in fair condition** | - | **6,000.00** |
| | | **1994 Freightliner Box Truck with 336k miles in fair condition** | - | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Various office equipment and machinery** | - | **7,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attached A** **FMV is based on sale price of sale assets with appropriate adjustments for purchaser agreeing to satisfy notice of violation from NC Department of Environmental Quality** | - | **2,350,480.00** |
| 30. Inventory. | | **Raw materials consisting of various metals. (Estimate of FMV is difficult)** | - | **Unknown** |
| 31. Animals. | X | | | |

| | | | Sub-Total > | **2,400,000.00** |
|---|---|---|---|---|
| | | | (Total of this page) | |

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **B. P. Greer Recycling, Inc.**                                          ,          Case No.  __15-11192__
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Claims against Greer Metals, LLC and Brian Greer** | - | **Unknown** |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **2,551,377.95** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **B. P. Greer Recycling, Inc.**                                                                                        Case No. _____
                                                         Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| ACCOUNT NO.<br><br>**Carolina Bank<br>PO Box 10209<br>Greensboro, NC 27404** | | | N A | | **219 Watlington Industrial Drive, Machinery & Equipment; vehicles and office equipment**<br>  **Tax Value $423,687** | | | | | |
| | | | | | VALUE               **$2,811,957.00** | | | | **$9,300,000.00** | **$0.00** |
| ACCOUNT NO. **xx6233**<br><br>**Carolina Financial Securities<br>a/k/a GR Funding<br>PO Box 1076<br>Brevard, NC 28712** | | | N A | | **Scrap Metal and Junior Lien on 219 Watlington Industrial Drive, Reidsville NC** | X | X | X | | |
| | | | | | VALUE                       **$0.00** | | | | **$520,000.00** | **$0.00** |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **B. P. Greer Recycling, Inc.**                                      Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CAT Financial**<br>**PO Box 13834**<br>**Newark, NJ 07188-0834** | | N A | **Interest and late fees on excavator loan**<br><br>VALUE                    **$0.00** | | | | **$182,101.97** | **$0.00** |
| ACCOUNT NO.<br><br>**Commercial Credit Group, Inc.**<br>**PO Box 60121**<br>**Charlotte, NC 28260-0121** | | N A | **Loan on Equipment-Tumbleback/Down stream**<br><br>VALUE                    **$0.00** | | | | **$67,714.65** | **$0.00** |
| ACCOUNT NO.<br><br>**Wells Fargo Financial**<br>**Bankruptcy Department**<br>**4137 121st Street**<br>**Urbandale, IA 50323** | | N A | **Equipment Loan**<br><br>VALUE                    **$0.00** | | | | **$17,834.76** | **$0.00** |
| | | | Total(s)<br>(Use only on last page) | | | | **$10,087,651.38** | **$0.00** |

(Report also on Summary of Schedules)        If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/13)

In re  **B. P. Greer Recycling, Inc.**                                          ,  Case No. ___**15-11192**_____
                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re __B. P. Greer Recycling, Inc._____,    Case No. ___15-11192_____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Property tax on Lynchburg yard | | | | | 0.00 |
| City of Lynchburg The City of Lynchburg Billings PO Box 9000 Lynchburg, VA 24505-9000 | - | | | | | | | | 743.03 | 743.03 |
| Account No. | | | | | | | | | | 0.00 |
| City of Reidsville Code Enforcement 230 West Morehead Street Reidsville, NC 27320 | - | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Notice Only | | | | | 0.00 |
| Employment Security Commission PO Box 26504 Raleigh, NC 27611 | - | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Notice Only | | | | | 0.00 |
| Employment Security Commission PO Box 26504 Raleigh, NC 27611 | - | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Notice Only | | | | | 0.00 |
| Internal Revenue Service Centralized Insolvency PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | | 0.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal        0.00
(Total of this page)    743.03        743.03

B6E (Official Form 6E) (4/13) - Cont.

In re **B. P. Greer Recycling, Inc.** , Case No. **15-11192**

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | |
| North Carolina Dept. of Commerce Division of Employment Security Post Office Box 26504 Raleigh, NC 27611-6504 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | |
| North Carolina Dept. of Labor 1101 Mail Service Center Raleigh, NC 27699-1101 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | |
| North Carolina Dept. of Revenue P.O. Box 1168 Raleigh, NC 27602-1168 | - | | | | | | 0.00 | 0.00 |
| Account No. | | | Real/personal property tax | | | | | |
| Rockingham County Tax Department 371 NC Hwy 65, Ste 107 Wentworth, NC 27375 | - | | | | | | 0.00 43,739.40 | 43,739.40 |
| Account No. | | | Notice only | | | | | |
| Securities and Exchange Commission Atlanta Regional Office Walter E. Jospin, Regional Director 950 East Paces Ferry, N.E., Suite 900 Atlanta, GA 30326-1382 | - | | | | | | 0.00 0.00 | 0.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 43,739.40 | 0.00 43,739.40 |
| Total (Report on Summary of Schedules) | 44,482.43 | 0.00 44,482.43 |

B6F (Official Form 6F) (12/07)

In re    **B. P. Greer Recycling, Inc.** _____ ,    Case No. ___**15-11192**_____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A3 IT Solutions**<br>**PO Box 19843**<br>**Greensboro, NC 27419** | | - | | | **Tech Services** | | | | **4,806.99** |
| Account No.<br><br>**Absolute Recycling Contractors**<br>**PO Box 77077**<br>**Greensboro, NC 27417** | | - | | | **Services** | | | | **300.00** |
| Account No.<br><br>**Aggregates Equipment, Inc.**<br>**PO Box 93**<br>**Leola, PA 17540-0039** | | - | | | **Services** | | | | **1,972.58** |
| Account No.<br><br>**Alter Trading Corporation**<br>**4903 Solution Center**<br>**Chicago, IL 60677-4009** | | - | | | **Services** | | | | **2,763.79** |

___19___ continuation sheets attached

                                        Subtotal<br>(Total of this page)      **9,843.36**

B6F (Official Form 6F) (12/07) - Cont.

In re    **B. P. Greer Recycling, Inc.** ,    Case No.    **15-11192**

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Metal Publication Subscription | | | | |
| American Metal Market PO Box 15127 North Hollywood, CA 91615 | - | | | | | | | 2,550.00 |
| Account No. | | | | Donation Commitment | | | | |
| Annie Penn Hospital Foundation 618 South Main Street Reidsville, NC 27320 | - | | | | | | | 1,000.00 |
| Account No. | | | | Notice only- liability, auto and umbrella insurance | | | | |
| Auto-Owners Insurance PO Box 30315 Lansing, MI 48909 | - | | | | | | | 0.00 |
| Account No. | | | | Material Purchase | | | | |
| AW NC 1187 Telecom Drive Creedmoor, NC 27522 | - | | | | | | | 29,417.90 |
| Account No. | | | | Credit Card | | | | |
| BB&T Service Center PO Box 698 Wilson, NC 27894-0698 | - | | | | | | | 23,636.91 |

Sheet no. **1** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **56,604.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                                          ,   Case No.   __15-11192__
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only- Lease on Lynchburg facility | | | | |
| **BDI Properties** **2410 Mayflower Drive** **Lynchburg, VA 24501** | - | | | X | | | |
| | | | | | | | 0.00 |
| Account No. | | | Worker Comp for period 3/1/15 through 4/7/15 | | | | |
| **Berkshire Hathaway Homestate Companies** **PO Box 844501** **Los Angeles, CA 90084-4501** | - | | | | | | |
| | | | | | | | 9,311.00 |
| Account No. | | | Supplies | | | | |
| **Big Apple Farm Supply** **407 SW Market Street** **Reidsville, NC 27320** | - | | | | | | |
| | | | | | | | 363.51 |
| Account No. | | | Notice only for GR Funding | | | | |
| **Bruce Schafer** **5115 E. Lafayette Blvd.** **Phoenix, AZ 85018** | - | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Services | | | | |
| **Car-Part.com** **PO Box 367** **Florence, KY 41022-0367** | - | | | | | | |
| | | | | | | | 2,344.57 |

Sheet no. __2___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,019.08

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                          ,        Case No.   **15-11192**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  | | - | | remainder due on 4 seat licenses | | | | |
| **Carolina Panthers** **800 South Mint Streeet** **Charlotte, NC 28202-1502** | | | | | | | | 8,208.63 |
| Account No. | | - | | Services | | | | |
| **Carolina Tractor & Equipment** **PO Box 75054** **Charlotte, NC 28275-0054** | | | | | | | | 6,393.27 |
| Account No. | | - | | Excavator loan interest and late fees | | | | |
| **CAT Financial** **PO Box 13834** **Newark, NJ 07188-0834** | | | | | | | | 0.00 |
| Account No. | | - | | Notice-Lease on | X | | | |
| **Cat Financial** **PO Box 13834** **Newark, NJ 07188-0834** | | | | | | | | 0.00 |
| Account No. | | - | | Services | | | | |
| **CCS Equipment Sales, LLC** **5428 Highway 96** **Youngsville, NC 27596** | | | | | | | | 2,233.70 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **16,835.60**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **B. P. Greer Recycling, Inc.**                                    ,     Case No.    __15-11192__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CIGNA Healthcare of N.C.**<br>**Vicky Schrader**<br>**620 Green Valley Road**<br>**Suite 304**<br>**Greensboro, NC 27408** | - | | | **Notice only- employee medical insurance** | | | | **0.00** |
| Account No.<br><br>**Cintas Corporation**<br>**PO Box 630803**<br>**Cincinnati, OH 45263-0803** | - | | | **Uniform Service** | | | | **600.75** |
| Account No.<br><br>**CN Acquistions, Inc.**<br>**725 S Scales Street**<br>**Reidsville, NC 27320** | - | | | **Car Needs** | | | | **71.00** |
| Account No.<br><br>**Colonial Life**<br>**Premium Processing**<br>**PO Box 903**<br>**Columbia, SC 29202-0903** | - | | | **Notice only- supplemntal insurance/employee withholding** | | | | **0.00** |
| Account No.<br><br>**County Waste**<br>**PO Box 8010**<br>**Clifton Park, NY 12065** | - | | | **container Rental** | | | | **3,511.00** |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,182.75**

B6F (Official Form 6F) (12/07) - Cont.

In re    **B. P. Greer Recycling, Inc.** _____,    Case No. ___**15-11192**___
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Notice only for GR Funding | | | | |
| Craig Thomas 46 Rockmount Road Belmont, MA 02478 | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | - | | Notice only-Lease | | | | |
| De Lage Landen Financial Services PO Box 41602 Philadelphia, PA 19101-1602 | | | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | - | | Services | | | | |
| Dex Media PO Box 9001401 Louisville, KY 40290-1401 | | | | | | | | |
| | | | | | | | | 607.26 |
| Account No. | | - | | Services | | | | |
| Dixon Hughes Goodman, LLP PO Box 602828 Charlotte, NC 28260-2828 | | | | | | | | |
| | | | | | | | | 5,282.02 |
| Account No. | | - | | Notice only for GR Funding | | | | |
| Douglas Cruikshank 376 New Rochelle Road Bronxville, NY 10708 | | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __**5**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,889.28**

B6F (Official Form 6F) (12/07) - Cont.

In re  **B. P. Greer Recycling, Inc.**                                        ,        Case No.   **15-11192**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility | | | | |
| Duke Energy PO Box 1090 Charlotte, NC 28201-1090 | - | | | | | | 0.00 |
| Account No. | | | Notice only- Lease on Haw River facility | | | | |
| Ernest Wheeley PO Box 161 Haw River, NC 27258 | - | | | X | | | 0.00 |
| Account No. | | | Loan | | | | |
| Estate of Steve Greer PO Box 1380 Reidsville, NC 27320 | - | | | | | | 1,010,855.53 |
| Account No. | | | Vending Machine | | | | |
| Fastenal Company PO Box 978 Winona, MN 55987-0978 | - | | | | | | 8,288.37 |
| Account No. | | | Notice only as Trustee for Bankruptcy Estate of Brian Greer | | | | |
| Gerald Schafer, Esq. Trustee for Brian Greer 220 Commerce Place Greensboro, NC 27401 | - | | | | | | 0.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,019,143.90**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                              ,      Case No.   __15-11192__
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Glenn Schafrer**<br>**21 Redbird**<br>**Irvine, CA 92603** | | - | | Notice only for GR Funding | | | X | 0.00 |
| Account No.<br><br>**Green Smith & Trent Partnership**<br>**PO Box 248**<br>**Reidsville, NC 27323** | | - | | Property tax on 207 Watlington Industrial Drive | | | | 10,404.26 |
| Account No.<br><br>**Greensboro Baseball, LLC**<br>**408 Bellemeade Street**<br>**Greensboro, NC 27401** | | - | | Contracted purchase of baseball tickets | | | | 5,220.00 |
| Account No.<br><br>**Handy John Handy Rentals**<br>**PO Box 2125**<br>**Martinsville, VA 24113-2125** | | - | | Portable Toilet Utility | | | | 70.00 |
| Account No.<br><br>**Hertz Equipment Rental**<br>**PO Box 650280**<br>**Dallas, TX 75265-0280** | | - | | Services | | | | 6,022.94 |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        21,717.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                                    , Case No.   **15-11192**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Equipment repossessed on 10/19/15 | | | | |
| **Hunter Jersey Peterbilt** **454 North Broadway** **Pennsville, NJ 08070** | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Notice only- worker's comp insurance | | | | |
| **ICW Group** **Premium Accounting** **PO Box 85563** **San Diego, CA 92186-5563** | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Notice only for GR Funding | | | | |
| **James Kjorlien** **540 West Road** **New Canaan, CT 06840** | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. **xx-xxx-x4571** | | | | | Notice only as attorney for Carolina Tractor | | | | |
| **James W. Sprouse, Jr.** **Sprouse Law Firm, PLLC** **3109 Poplarwood Court, Ste. 115** **Raleigh, NC 27604** | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Notice only for GR Funding | | | | |
| **Jeffrey Blum** **2 Windmill Court** **Armonk, NY 10504** | - | | | | | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. **8** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                                    ,   Case No.   __15-11192__
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  | | | Services | | | | |
| **Jenkins Company** **5949 Summit Avenue** **Browns Summit, NC 27214** | - | | | | | | 209.23 |
| Account No.  | | | Notice only as tenant for Friendly Road | | | | |
| **John Wayne Bolton** **1597 Kennedy Road** **Thomasville, NC 27360** | - | | | | | | 0.00 |
| Account No.  | | | Notice only for GR Funding | | | | |
| **Jubilee Minerals, LLC** **16710 Telge Road** **Cypress, TX 77429** | - | | | | | X | 0.00 |
| Account No.  | | | Services | | | | |
| **L. W. Stone Electric Co** **1005 Uhles Street** **Reidsville, NC 27320** | - | | | | | | 3,343.79 |
| Account No.  | | | Services | | | | |
| **Laurel Park Tire & Auto Parts, LLC** **5961 A. L. Philpott Hwy** **Martinsville, VA 24112** | - | | | | | | 1,087.83 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,640.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **B. P. Greer Recycling, Inc.**                                    ,          Case No. _____15-11192_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Services | | | | |
| Lava Enterprises, Inc. PO Box 2159 Danville, VA 24541 | - | | | | | | 2,400.00 |
| Account No. | | | Notice only-Lease | | | | |
| Leaf Capital Funding, LLC 2005 Market Street 14th Floor Philadelphia, PA 19103 | - | | | X | | | 0.00 |
| Account No. | | | Services | | | | |
| Metal Exchange Corp PO Box 7446M Saint Louis, MO 63195 | - | | | | | | 1,500.00 |
| Account No. | | | Services | | | | |
| Mid-Atlantic Waste Systems PO Box 417882 Boston, MA 02241-7882 | - | | | | | | 1,277.38 |
| Account No. | | | Services | | | | |
| NAPA of Roxboro, NC PO Box 1359 Roxboro, NC 27573 | - | | | | | | 6,251.86 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **11,429.24**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                                    ,        Case No. _____**15-11192**_____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx-xxxxxxxxx xxunty** <br><br> **North Carolina Department of Environmental Quality** <br> **Attn: John Patrone** <br> **PO Box 5123** <br> **High Point, NC 27262** | - | | **non-permitted facility violation for open dump** | X | X | | **Unknown** |
| Account No. <br><br> **O'Reilly Auto Parts** <br> **PO Box 9464** <br> **Springfield, MO 65801-9464** | - | | **Services** | | | | **999.30** |
| Account No. <br><br> **PDP, LLC** <br> **2704 E. 36th Street** <br> **Chattanooga, TN 37407** | - | | **Services** | | | | **27,528.72** |
| Account No. <br><br> **Perimeter Security Systems, LLC** <br> **1061 Red Ventures Drive** <br> **Suite 145** <br> **Fort Mill, SC 29707** | - | | **Notice- Lease** | X | | | **0.00** |
| Account No. <br><br> **Philip Vineyard** <br> **100 South Ocean Blvd.** <br> **Lake Worth, FL 33462** | - | | **Notice only for GR Funding** | | | X | **0.00** |

Sheet no. __**11**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,528.02**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                               ,      Case No.   **15-11192**

                                                **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Notice only as Brian Greer individually | | | | |
| **Phillip E. Bolton, Esq.** **Attorney for Brian Greer** **622-C Guilford College Road** **Greensboro, NC 27409** | | | | | | | | **0.00** |
| Account No. | | - | | Services | | | | |
| **Pirtek Piedmont Triad** **104 Meadowood Street #F** **Greensboro, NC 27409** | | | | | | | | **92.15** |
| Account No. | | - | | Services | | | | |
| **Powerscreen Mid-Atlantic, Inc.** **715 Indeneer Drive** **Kernersville, NC 27284** | | | | | | | | **1,357.16** |
| Account No. | | - | | Notice only- property insurance | | | | |
| **Prime Rate Premium Finance Corp, Inc.** **2141 Enterprise Drive** **PO Box 100507** **Florence, SC 29502-0507** | | | | | | | | **0.00** |
| Account No. | | - | | Notice only for GR Funding | | | | |
| **Quintium Private Opportunities Fund, LP** **9202 S. Northshore Drive, Ste. 301** **Knoxville, TN 37922** | | | | | | | X | **0.00** |

Sheet no. __**12**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims              Subtotal (Total of this page)      **1,449.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                                          ,   Case No.   **15-11192**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Services | | | | |
| **Red-D-Arc, Inc.** <br> **5324 North Graham Street** <br> **Charlotte, NC 28269** | | | | | | | | 2,243.07 |
| Account No. | | | - | Services | | | | |
| **Reidsville Chamber of Commerce** <br> **PO Box 1020** <br> **Reidsville, NC 27323-1020** | | | | | | | | 198.75 |
| Account No. | | | - | Services | | | | |
| **Reidsville Kiwanis Club** <br> **PO Box 2** <br> **Reidsville, NC 27323-0002** | | | | | | | | 110.00 |
| Account No. | | | - | Notice only- employee dental insurance | | | | |
| **Reilance Standard Life Insurance Co.** <br> **PO Box 82510** <br> **Lincoln, NE 68501-2510** | | | | | | | | 0.00 |
| Account No. | | | - | Services | | | | |
| **Roberts Oxygen Company, Inc.** <br> **PO Box 5507** <br> **Derwood, MD 20855** | | | | | | | | 4,938.31 |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          7,490.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                              ,   Case No.   __15-11192__
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice-sub-leased to an pd by Thompson Trucking | | | | |
| **Ryder Transportation Services** **PO Box 402366** **Atlanta, GA 30384-2366** | - | | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. **xxx6400** | | | | Notice only as attorney for United Rentals | | | | |
| **Sarah C. Blount** **Jordan Law Offices, PA** **4509 Creedmoor Road, Suite 204** **Raleigh, NC 27612** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Material Purchase | | | | |
| **Schrader International** **205 Frazier Road** **Altavista, VA 24517** | - | | | | | | | |
| | | | | | | | | 20,579.00 |
| Account No. | | | | Notice only as attorney for Carolina Bank | | | | |
| **Smith Moore Leatherwood** **Attn: Neale Johnson, Esq.** **300 N. Greene Street, Suite 1400** **Greensboro, NC 27401** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Services | | | | |
| **Sparks and Sons Service Stations** **412 North Scales Street** **Reidsville, NC 27320** | - | | | | | | | |
| | | | | | | | | 23,420.02 |

Sheet no. __14__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,999.02

B6F (Official Form 6F) (12/07) - Cont.

In re  **B. P. Greer Recycling, Inc.**                                    ,        Case No.    **15-11192**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only- felxible spending cards-employee | | | | |
| **Stanley Benefits PO Box 29329 Greensboro, NC 27429-9329** | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice only for GR Funding | | | | |
| **Steven Helms 1111 W Drummond Place Chicago, IL 60614** | | - | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Services | | | | |
| **Texas Refinery Corporation PO Box 711 Fort Worth, TX 76101-0711** | | - | | | | | | |
| | | | | | | | | 430.15 |
| Account No. | | | | Notice only- Inland Marine Insurance | | | | |
| **The Hartford PO Box 660916 Dallas, TX 75266-0916** | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Temp Employee Services | | | | |
| **The Resource 1292 South Strafford Road Winston Salem, NC 27103** | | - | | | | | | |
| | | | | | | | | 2,661.75 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,091.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.** _____,   Case No. ___**15-11192**___
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only for GR Funding | | | | |
| Third Avenue Special Situations Fund, LP 622 Third Avenue New York, NY 10017 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice only for GR Funding | | | | |
| Thomas Armour 1726 N. Clybourn Chicago, IL 60614 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice only for GR Funding | | | | |
| Thomas Williams 700 Walnut Street, Ste. 600 Cincinnati, OH 45202 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice only for GR Funding | | | | |
| Thomas Young 229 N. Church Street, Ste. 301 Charlotte, NC 28202 | - | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice only | | | | |
| Thompson Trucking, Inc. PO Box 969 Concord, VA 24538 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **B. P. Greer Recycling, Inc.**                                              ,    Case No. ___**15-11192**___
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Timothy Nerhood** <br> **Hendrick Bryant Nerhood Sanders & Otis** <br> **c/o GR Funding** <br> **723 Coliseum Drive, Suite 101** <br> **Winston Salem, NC 27106-5326** | - | | Notice only as attorney for Carolina Financial a/k/a GR Funding | | | | 0.00 |
| Account No. <br><br> **TranAct** <br> **7100 30th Avenue North Street** <br> **Saint Petersburg, FL 33710** | - | | Inventory/Sales software | | | | 1,722.50 |
| Account No. <br><br> **Tri-Lift NC, Inc.** <br> **2905 Manufactures Road** <br> **Greensboro, NC 27406** | - | | Services | | | | 8,743.88 |
| Account No. <br><br> **Trinity Pension Group, LLC** <br> **4196 Mendenhall Oaks Parkway** <br> **Suite 120** <br> **High Point, NC 27265** | - | | Notice only- employee 401-k | | | | 0.00 |
| Account No. <br><br> **TW Telecom** <br> **PO Box 172567** <br> **Denver, CO 80217-2567** | - | | Internet Provided/Landline | | | | 2,936.42 |

Sheet no. __**17**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,402.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **B. P. Greer Recycling, Inc.** _____ ,    Case No. ___**15-11192**_____
                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only-Lease on equipment/services | | | | |
| Tyco Inegrated Security, LLC PO Box 371967 Pittsburgh, PA 15250-7967 | | - | | | X | | | 0.00 |
| Account No. | | | | Services | | | | |
| United Rentals PO Box 100711 Atlanta, GA 30384-0711 | | - | | | | | | 45,640.84 |
| Account No. | | | | Notice only- employee life insurance | | | | |
| Unum Life Insurance Company of America PO box 409548 Atlanta, GA 30384-9548 | | - | | | | | | 0.00 |
| Account No. | | | | Services | | | | |
| Wendt Corporation 2555 Walden Avenue Buffalo, NY 14225 | | - | | | | | | 47,076.16 |
| Account No. | | | | Temp Employee Services | | | | |
| Workforce Carolina PO Box 231 Mount Airy, NC 27030 | | - | | | | | | 4,701.72 |

Sheet no. __**18**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    97,418.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **B. P. Greer Recycling, Inc.**                          Case No.    **15-11192**
_____,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Advertising | | | | |
| YP PO Box 5010 Carol Stream, IL 60197-5010 | - | | | | | | 3,214.94 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Husband, Wife, Joint, or Community

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        **3,214.94**

Total (Report on Summary of Schedules)        **1,360,900.91**

B6G (Official Form 6G) (12/07)

In re   **B. P. Greer Recycling, Inc.** ,                                    Case No.   **15-11192**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| BDI  Properties<br>2410 Mayflower Drive<br>Lynchburg, VA 24501 | Leaseholder for Lynchburg, VA facility/$3000 mo/Lease expires 11/1/19 |
| CAT Financial Services Corp<br>PO Box 13834<br>Newark, NJ 07188-0834 | Lease on equipment/Lease expires 8/12/17 and 10/7/17 |
| DE Lage Landen Fiancial Services<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | Lease on equipment/$155 mo/Lease expires 1/28/19 |
| Ernest Wheeley<br>PO Box 161<br>Haw River, NC 27258 | Lease on Haw River Facility/Lease is month to month wtih no written agreement at $2500/mo |
| Hunter Jersey Peterbilt<br>454 North Braodway<br>Pennsville, NJ 08070 | Lease on equipment-the equipment is due to be repossessed in October 2015 |
| Leaf Captial Funding, LLC<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103 | Lease- $1232 mo/Lease expires 1/31/17 |
| Perimeter Security Systems, LLC<br>1000 Upper Asbury Avenue<br>Charlotte, NC 28206 | Lease/$1200 mo/Lease expires 12/14/15 |
| Ryder Transporation Services<br>PO Box 402366<br>Atlanta, GA 30384-2366 | Lease on equipment/this lease is paid by Thompson Trucking and expires 12/4/18 |
| Southern States<br>341 US 29 Business<br>Reidsville, NC 27320 | Lease of 1 120 LP Cylinder |
| Tyco Integrated Security, LLC<br>PO Box<br>Pittsburgh, PA 15250-7967 | Lease on equipment/Lease expires 12/12/19 |
| Verizon Wireless<br>PO Box 105378<br>Atlanta, GA 30348 | Cell phones |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **B. P. Greer Recycling, Inc.**                                        ,    Case No.    __15-11192__
                                             Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re     **B. P. Greer Recycling, Inc.**                                                                  Case No.     **15-11192**
                                                    Debtor(s)                           Chapter       **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Receiver of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**39**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 30, 2015**                          Signature    **/s/ Thomas McGoldrick**
                                                                 **Thomas McGoldrick**
                                                                 **Receiver**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **B. P. Greer Recycling, Inc.**           Case No.    **15-11192**

Debtor(s)       Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$19,060,000.00** | **YTD per P&L through September 2015** |
| **$26,668,000.00** | **Per P&L for 2014 (extension has been filed for tax return)** |
| **$36,205,710.00** | **Gross Revenue as reported on Form 1120S For 2013** |

---

### 2. Income other than from employment or operation of business

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE

B7 (Official Form 7) (04/13)                                                                                                    2

---

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225\*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Smith Green & Trent Partnership**<br>**PO Box 248**<br>**Reidsville, NC 27323** | 7/1/15<br>8/3/15 | **$14,000.00** | **$0.00** |
| **American Metal Solutions, Inc.**<br>**3618 Sunset Blvd.**<br>**West Columbia, SC 29169** | 7/2/15; 7/9/15; 7/16/15;<br>7/23/15; 7/30/15; 8/6/15 | **$113,125.20** | **$0.00** |
| **Thompson Trucking, Inc.**<br>**PO Box 969**<br>**Concord, VA 24538** | 7/7/15; 7/13/15; 7/20/15;<br>7/28/15; 8/3/15; 8/11/15;<br>8/17/15; 8/24/15; 9/2/15;<br>9/8/15; 9/14/15; 9/21/15;<br>9/28/15; | **$256,811.00** | **$0.00** |
| **Duke Energy**<br>**PO Box 1090**<br>**Charlotte, NC 28201-1090** | 7/16/15; 8/8/15; 9/16/15 | **$25,877.83** | **$0.00** |
| **North Carolina Dept. of Revenue**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | 7/17/15 | **$10,000.00** | **$0.00** |
| **CIGNA Healthcare of NC**<br>**620 Green Valley Road, Suite 304**<br>**Greensboro, NC 27408** | 7/22/15; 8/20/15 | **$17,316.18** | **$0.00** |
| **CAT Financial**<br>**PO Box 13834**<br>**Newark, NJ 07188-0834** | 7/24/15; 8/31/15 | **$9,948.17** | **$0.00** |
| **ICW Group**<br>**PO Box 85563**<br>**San Diego, CA 92186-5563** | 7/31/15; 8/31/15; 9/30/15 | **$19,763.01** | **$0.00** |
| **Sides Sod and Tree Farm, Inc.**<br>**PO Box 1969**<br>**Welcome, NC 27374-1969** | 8/13/15 | **$9,875.00** | **$0.00** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                 3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Envision Plastics**<br>**606 Walters Street, #B**<br>**Reidsville, NC 27320** | **8/14/15** | **$10,213.21** | **$0.00** |
| **TranAct**<br>**7100 30th Avenue N**<br>**Saint Petersburg, FL 33710** | **9/4/15** | **$7,962.50** | **$0.00** |

None  ☐    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Brian P. Greer**<br>**PO Box 1380**<br>**Reidsville, NC 27323**<br>    **President** | **10/1/14; 12/11/14; 2/23/15** | **$11,333.67** | **$0.00** |
| **Eric Scott Greer**<br>**PO Box 1380**<br>**Reidsville, NC 27323**<br>    **Brother** | **10/17/14; 11/10/14; 12/01/14;**<br>**12/11/14; 1/15/15; 2/15/15;**<br>**3/13/15; 4/14/15** | **$45,830.00** | **$0.00** |
| **HomeTrust Bank**<br>**PO Box 10**<br>**Asheville, NC 28801**<br>    **Deceased Father** | **11/24/14-P&I paid to Home Savings for armory mortgage as part of Steve Greer's Estate** | **$2,908.71** | **$0.00** |
| **Steve Greer Investments, Inc.**<br>**PO Box 1380**<br>**Reidsville, NC 27323**<br>    **Deceased Father Company** | **10/23/14; 11/19/14 for interest paid to Steve Greer** | **$12,320.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None  ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Carolina Financial/GR Funding** | **Consent to Intervene** | **Guilford County Superior Court 15 Cvs-6482** | **Pending** |
| **Carolina Tractor and Equipment Company v.**<br>**B. P. Greer Recycling, Inc.** | **Money Owed** | **Superior Court of Mecklenburg County 15-Cvs-14571** | **Pending** |

        

B7 (Official Form 7) (04/13)                                                                                                          4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **United Rentals** | | | **Waiting on corrected filing- The original complaint/summons were issued with the wrong company name and currently waiting on corrected documents** |

None
■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
☐     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CAT Financial Services**<br>**PO Box 13834**<br>**Newark, NJ 07188-0834** | 4/24/15 | **2 CAT Material Handlers**<br>  **SN-KGG02062 and KGG02073**<br>**$250,000** |
| **Hunter-Jersey Peterbilt**<br>**454 N. Broadway**<br>**Pennsville, NJ 08070** | 10/19/15 | **Peterbilt roll-off truck** |

---

**6.  Assignments and receiverships**

None
■     a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                                    5

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Thomas J. McGoldrick** **Anderson, Bauman, Tourtellot, Vos** **230 Elm Street, Suite 1650** **Renaissance Plaza** **Greensboro, NC 27402** | **Superior Court** **Guilford County** **15-Cvs-6482** **Preliminary Injunction and Order Appointing Temporary Receiver** | **06/15/15** | |

---

**7. Gifts**

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Annie Penn Hospital Foundation** | **None** | **1/1/15 and 10/1/14** | **$1276.61 total** |
| **Daystar Church** | **None** | **5/22/15** | **Tithe $4000** |
| **Daystar Church** | **None** | **12/1/14** | **Donations of food, decorations for Total of $224** |
| **Reidsville Chamber of Commerce** | **None** | **10/2/14 through 7/31/15** | **monthly at $120 for 10/2/14 through 6/1/15 and $30 for 7/13/15 for annual awards speaker for total of $1110** |
| **Reidsville Robotics** | **None** | **1/9/15** | **Donation $200** |

---

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ivey, McClellan, Gatton & Siegmund, LLP** **100 S Elm St, Ste 500** **Greensboro, NC 27401** | **6/3/15; 6/15/15; 10/15/15; 10/30/15** | **$34,740.88 pre-petition services** |

B7 (Official Form 7) (04/13)
6

---

**10. Other transfers**

None
☐
   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Thompson Trucking,  Inc.**<br>**PO Box 969**<br>**Concord, VA 24538**<br>   **None** | **1/5/15** | **Trucking Fleet and Containers; all titles have been delivered to Thompson Trucking** |

**Transfers of this nature, if any, are still under investigation**

None
■
   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐
   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Branch Banking & Trust Company** | **Checking Account closed with funds transferred to new account** | **old acct # 4353 to new acct # 8744**<br>**old acct # 3163 to new acct # 5840** |

---

**12. Safe deposit boxes**

None
■
   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■
   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                      7

**14.  Property held for another person**

None
■              List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■              If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
               occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
               address of either spouse.

ADDRESS                                        NAME USED                                  DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■              If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
               Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
               commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
               the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
☐              a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
               or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
               the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Reidsville Facility**<br>**219 Watlington Drive**<br>**Reidsville, NC 27320** | **North Carolina Department of**<br>**Environmental Quality**<br>**PO Box 5123**<br>**High Point, NC  27262-0000** | **9/24/15** | **non-permitted**<br>**facility/open dump**<br>**N:36.32459 E:79-65300;**<br>**IS791501** |

None
☐              b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
               Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **See a above** | | | |

None
☐              c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
               the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
               docket number.

B7 (Official Form 7) (04/13)                                                                                                        8

| NAME AND ADDRESS OF GOVERNMENTAL UNIT **See a above** | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐
   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME **B. P. Greer Recycling** | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS **219 Watlington Industrial Drive** **Reidsville, NC 27320** | NATURE OF BUSINESS **Recycling Metals** | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS **B. P. Greer** **219 Watlington Industrial Drive** **Reidsville, NC 27320** | DATES SERVICES RENDERED **no outside accounting/bookkeeping** **services were used** |
|---|---|

None
☐
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                9

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Dixon Hughes Goodman LLP** | **1829 Eastchester Drive**<br>**High Point, NC 27265** | **2013/2014** |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                         ADDRESS

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Carolina Bank**<br>**PO Box 10209**<br>**Greensboro, NC 27402** | **Monthly Statements** |
| **Carolina Financial**<br>**185 W Main Street**<br>**Brevard, NC** | **Isssued on demand by Brian Greer** |

---

### 20. Inventories

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **9/30/15** | **Mack Cook** | **$785,791.00 (Cost** |
| **8/31/15** | **Mack Cook** | **$848,934 (Cost)** |

None
☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|
| **9/30/15** | **Louise Reed, Accounting Manager**<br>**BP Greer Recycling, Inc.**<br>**219 Watlington Industrial Drive**<br>**Reidsville, NC 27320** |
| **8/31/15** | **Louise Reed, Accounting Manager**<br>**BP Greer Recycling, Inc.**<br>**219 Watlington Industrial Drive**<br>**Reidsville, NC 27320** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                      PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Brian Powell Greer**<br>**256 Greer Road**<br>**Reidsville, NC 27320** | **President** | **100 % owner** |

B7 (Official Form 7) (04/13)    10

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                                    DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                   OR DESCRIPTION AND
                                                                   VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None □   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                               TAXPAYER IDENTIFICATION NUMBER (EIN)
**B.P. Greer Recycling, Inc. 401-(k) Plan with Trinity Pension Group          26-2554385**

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 30, 2015**                    Signature  **/s/ Thomas McGoldrick**
                                                          **Thomas McGoldrick**
                                                          **Receiver**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **B. P. Greer Recycling, Inc.**                                    Case No.   **15-11192**

Debtor(s)                                    Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 34,554.30 |
| Prior to the filing of this statement I have received | $ | 34,554.30 |
| Balance Due | $ | 0.00 |

2.   $ **1,717.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in adversary proceedings & other contested bankruptcy matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 30, 2015**                          **/s/ Charles M. Ivey III**
**Charles M. Ivey III 8333**
**Ivey, McClellan, Gatton & Siegmund**
**100 S. Elm St, Ste. 500**
**Greensboro, NC 27401**
**336-274-4658  Fax: 336-274-4540**

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **B. P. Greer Recycling, Inc.**

                                                                      ,
                                        Debtor

Case No. _____**15-11192**_____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Receiver of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**October 30, 2015**_____

Signature _**/s/ Thomas McGoldrick**_

**Thomas McGoldrick**
**Receiver**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

_**0**_    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **B. P. Greer Recycling, Inc.**
                             Debtor(s)
       Case No.   **15-11192**
       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Receiver of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 30, 2015**           **/s/ Thomas McGoldrick**
                                        **Thomas McGoldrick**/**Receiver**
                                        Signer/Title

## United States Bankruptcy Court
### Middle District of North Carolina

In re    **B. P. Greer Recycling, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the Court Appointed Receiver of **B. P. Greer Recycling, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 30 day of Oct, 20**15** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , of this Corporation is authorized and directed to employ **Charles M. Ivey III 8333**, attorney and the law firm of **Ivey, McClellan, Gatton & Siegmund** to represent the corporation in such bankruptcy case."

Date    10/30/15

Signed    Thomas J. McGoldrick

RESOLUTION

THIS RESOLUTION entered into on this the 13th day of October, 2015, at 2:35 p.m., and

WHEREAS, Brian P. Greer is 100% Shareholder of B.P. Greer Recycling, Inc.; and

WHEREAS, Carolina Bank instituted litigation in the General Court of Justice, Superior Court Division of Guilford County, North Carolina, which included B.P. Greer Recycling, Inc. as a defendant and was awarded by the court a Preliminary Injunction and Order Appointing Temporary Receiver by and with Consent of all Defendants.  The Receiver appointed in that proceeding was Thomas J. McGoldrick of Anderson Bauman Tourtellot & Vos, and since that appointment, said individual has acted as the Receiver of B.P. Greer Recycling, Inc.; and

WHEREAS, it appears to be in the best interest of creditors for the Receiver to have authority to place B.P. Greer Recycling, Inc. in a Chapter 11 proceeding for the purpose of restructuring its affairs including, more specifically, the sale of its assets, and said action would be in the interest of the creditors of said corporation; and

THEREFORE, after consideration of the interests of the corporation and independent consultation with the attorney for the corporation and his individual attorney, Brian P. Greer, on behalf of B.P. Greer Recycling, Inc., does execute the following Resolution:

B.P. Greer Recycling, Inc. does RESOLVE that the court appointed Receiver, Thomas J. McGoldrick be and hereby is granted the authority to take what action he deems necessary in the interests of creditors including, but not limited to, the filing of a bankruptcy petition pursuant to Title 11, Chapter 11 of the United States Code and, if so filed, said individual shall be further authorized to sign any and all necessary pleadings, Schedules and other documentation for the purpose of causing the Company to file Chapter 11 and is further authorized and directed to cause such pleadings to be filed pursuant to 11 U.S.C. § 543(d)(1) to seek that the Court not require the Receiver, as a custodian, to turn over the assets but shall allow the Receiver to continue acting as the fiduciary in charge of the debtor in possession during the Chapter 11 proceeding and that said Receiver shall be authorized to hire such professionals as he deems necessary and consistent with the Bankruptcy Code.

This Resolution being adopted on the above date and time and shall therefore be immediately effective.

_____(SEAL)
BRIAN P. GREER
100% Shareholder of B.P. Greer Recycling, Inc.