SO ORDERED.

SIGNED this 2nd day of November, 2015.


UNITED STATES BANKRUPTCY JUDGE



# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                     )
                                           )
    B.P. Greer Recycling, Inc.     )      Case No. 15-11192
                                           )
    Debtor in Possession           )

## ORDER DESIGNATING PERSON TO ACT FOR CORPORATE DEBTOR

    Pursuant to Bankruptcy Rule 9001 (5), when the debtor is a corporation, the Court may designate a person to act on behalf of the corporation and perform the duties required of the debtor.   Wherefore, it is

    ORDERED that    Thomas McGoldrick    of the above-named corporate debtor, is hereby designated by this Court to perform on behalf of the above-named debtor all acts required to be performed by said debtor by the Bankruptcy Code, Bankruptcy Rules and Orders of this Court, including but not limited to attendance by the debtor for examination, the filing of all reports, schedules, statements and lists required to be filed by the debtor, and performance of all other duties required by the Bankruptcy Code, Bankruptcy Rules and Orders of this Court.

END OF DOCUMENT