UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | NOTICE OF FORMATION OF CREDITORS |
| | ) | COMMITTEE UNDER CHAPTER 11 |
| | ) | |
| B. P. Greer Recycling, Inc. | ) | Case No: B-15-11192 |
| | ) | |
| Debtor | ) | |

    Section 1102 of the Bankruptcy Code under Chapter 11 Reorganization requires the Court, as soon as practical, to appoint a committee of creditors holding unsecured claims.  Such a committee provides a means for the unsecured creditors to be represented and have a voice during a Chapter 11 case and to have input regarding the kind of treatment that is provided for the unsecured creditors in the plan of reorganization in the case.

    **The Bankruptcy Code expressly provides that the Unsecured Creditors Committee may employ a lawyer to represent and advise the Committee at the expense of the bankruptcy estate, not the individual members of the Committee.  Service on a Committee is neither unduly burdensome nor time consuming.  The Committee's lawyer can handle representation of the Committee at most court hearings without the necessity for individual committee members to be present.  Meetings of the Committee frequently are conducted by telephonic means without the Committee members having to travel.  To the extent that Committee members are called upon to attend hearings or meetings of the Committee, the Bankruptcy Code provides for the Committee members to be reimbursed for reasonable expenses incurred in attending hearings or Committee meetings.**

    The committee ordinarily consists of at least three persons who are willing to serve.  The committee may be limited to seven persons/entities responding who hold the largest claims.  The twenty largest claims according to the information in this case are as follows:

| NAME OF CREDITOR | ADDRESS | AMOUNT OF CLAIM |
|---|---|---|
| Estate of Steve Greer<br>PO Box 1380<br>Reidsville, NC 27320 | Estate of Steve Greer<br>Attn: Managing Agent,<br>Officer, Director<br>PO Box 1380<br>Reidsville, NC 27320 | $1,010,855.53 |
| Wendt Corporation<br>2555 Walden Avenue<br>Buffalo, NY 14225 | Wendt Corporation<br>Attn: Managing Agent,<br>Officer, Director<br>2555 Walden Avenue<br>Buffalo, NY 14225 | $47,076.16 |

| Creditor | Notice Address | Amount |
|---|---|---|
| United Rentals<br>PO Box 100711<br>Atlanta, GA 30384-0711 | United Rentals<br>Attn: Managing Agent, Officer, Director<br>PO Box 100711<br>Atlanta, GA 30384-0711 | $45,640.84 |
| AW NC<br>1187 Telecom Drive<br>Creedmoor, NC 27522 | AW NC<br>Attn: Managing Agent, Officer, Director<br>1187 Telecom Drive<br>Creedmoor, NC 27522 | $29,417.90 |
| PDP, LLC<br>2704 E. 36th Street<br>Chattanooga, TN 37407 | PDP, LLC<br>Attn: Managing Agent, Officer, Director<br>2704 E. 36th Street<br>Chattanooga, TN 37407 | $27,582.72 |
| BB&T<br>Service Center<br>PO Box 698<br>Wilson, NC 27894-0698 | BB&T<br>Service Center<br>Attn: Managing Agent, Officer, Director<br>PO Box 698<br>Wilson, NC 27894-0698 | $23,636.91 |
| Sparks and Sons Service Stations<br>412 North Scales Street<br>Reidsville, NC 27320 | Sparks and Sons Service Stations<br>Attn: Managing Agent, Officer, Director<br>412 North Scales Street<br>Reidsville, NC 27320 | $23420.02 |
| Schrader International<br>205 Frazier Road<br>Altavista, VA 24517 | Schrader International<br>Attn: Managing Agent, Officer, Director<br>205 Frazier Road<br>Altavista, VA 24517 | $20,579.00 |
| Tri-Lift NC, Inc.<br>2905 Manufactures Road<br>Greensboro, NC 27406 | Tri-Lift NC, Inc.<br>Attn: Managing Agent, Officer, Director<br>2905 Manufactures Road<br>Greensboro, NC 27406 | $8,743.88 |
| Fastenal Company<br>PO Box 978<br>Winona, MN 55987-0978 | Fastenal Company<br>Attn: Managing Agent, Officer, Director<br>PO Box 978<br>Winona, MN 55987-0978 | $8,288.37 |

| | | |
|---|---|---|
| Carolina Panthers<br>800 South Mint Streeet<br>Charlotte, NC 28202-1502 | Carolina Panthers<br>Attn: Managing Agent,<br>Officer, Director<br>800 South Mint Streeet<br>Charlotte, NC 28202-1502 | $8,208.63 |
| Carolina Tractor & Equipment<br>PO Box 75054<br>Charlotte, NC 28275-0054 | Carolina Tractor & Equipment<br>Attn: Managing Agent,<br>Officer, Director<br>PO Box 75054<br>Charlotte, NC 28275-0054 | $6,393.27 |
| NAPA of Roxboro, NC<br>PO Box 1359<br>Roxboro, NC 27573 | NAPA of Roxboro, NC<br>Attn: Managing Agent,<br>Officer, Director<br>PO Box 1359<br>Roxboro, NC 27573 | $6,251.86 |
| Dixon Hughes Goodman, LLP PO Box 602828<br>Charlotte, NC 28260-2828 | Dixon Hughes Goodman, LLP<br>Attn: Managing Agent,<br>Officer, Director<br>PO Box 602828<br>Charlotte, NC 28260-2828 | $5,282.01 |
| Greensboro Baseball, LLC<br>408 Bellemeade Street<br>Greensboro, NC 27401 | Greensboro Baseball, LLC<br>Attn: Managing Agent,<br>Officer, Director 408 Bellemeade Street<br>Greensboro, NC 27401 | $5,220.00 |
| Berkshire Hathaway Homestate Companies<br>PO Box 844501<br>Los Angeles, CA 90084-4501 | Berkshire Hathaway Homestate Companies<br>Attn: Managing Agent,<br>Officer, Director<br>PO Box 844501<br>Los Angeles, CA 90084-4501 | $9,311.00 |
| Green Smith & Trent Partnership<br>PO Box 248<br>Reidsville, NC 27323 | Green Smith & Trent Partnership<br>Attn: Managing Agent,<br>Officer, Director<br>PO Box 248<br>Reidsville, NC 27323 | $10,404.26 |

| | | |
|---|---|---|
| Roberts Oxygen Company, Inc. PO Box 5507 Derwood, MD 20855 | Roberts Oxygen Company, Inc. Attn: Managing Agent, Officer, Director PO Box 5507 Derwood, MD 20855 | $4,931.31 |

    Please promptly furnish to the Court the name of your duly authorized representative (employee) who will represent you (or your company) on this committee.  You should also indicate the representative's mailing address, telephone number, e-mail address,  and official relationship to you (the creditor).

    Please make your responses in care of William P. Miller,  U. S. Bankruptcy Administrator, Attn: Ms. Gattis, 101 S. Edgeworth Street,  Greensboro, N. C. 27401, by facsimile at 336-358-4185, or via e-mail at susan_gattis@ncmba.uscourts.gov within ten days from the date of this notice.   As committee members must be willing to serve, if no reply is received at that time, the creditor will NOT be appointed to the committee.  An organizational meeting will be scheduled after the committee is appointed.  DO NOT FILE PROOFS OF CLAIMS WITH THIS OFFICE.

Date: November 2, 2015

                                    U. S. BANKRUPTCY ADMINISTRATOR

                                    BY:         s/Susan O. Gattis
                                                  Bankruptcy Analyst